UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 08CR 398 |
| | ) | |
| v. | ) | No. _____ |
| | ) | Magistrate Judge Martin C. Ashman |
| BENY GARNEATA, | ) | |
| DUMITRU CURESCU, | ) | FILED |
| LAVINIA CURESCU, | ) | |
| TEOFIL SCORTE, | ) | MAY 2 0 2008  TC |
| WILLIAM WELLHAUSEN, | ) | |
| VASILE FOFIU and | ) | MICHAEL W. DOBBINS |
| MARIO OLIVELLA | ) | CLERK, U.S. DISTRICT COURT |

### EX PARTE MOTION TO SEAL CRIMINAL COMPLAINT, AFFIDAVIT AND ARREST WARRANTS

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, moves to seal the contents of the above criminal complaint, affidavit in support of the criminal complaint and arrest warrants. In support of its Motion, the government states as follows:

1. The United States has presented the Court with a criminal complaint, an affidavit supporting the criminal complaint and arrest warrants for the defendants.

2. The complaint, affidavit and warrants contain information concerning a sensitive investigation and identify the targets of the investigation.

3. If the contents of the complaint, affidavit and warrant are made public prior to the arrest of the defendants, the defendants may take action to impede any further investigation and may also interfere with their arrests.

WHEREFORE, the United States respectfully requests this Court to enter an Order placing the complaint, affidavit, arrest warrant and this Motion under seal for until and including November 20, 2008 or until the time that any of the defendant is arrested, or until further order of this Court.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: *[signature]*
JULIET S. SORENSEN
CHRISTINA EGAN
Assistants United States Attorney
219 South Dearborn, Third Floor
Chicago, Illinois 60604
312/ 353-5300