Order Form (01/2005)

# United States District Court, Northern District of Illinois

HHN

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 398 | **DATE** | 6/3/2008 |
| **CASE TITLE** | USA vs. Beny Garneata, et al. | | |

**DOCKET ENTRY TEXT**

Enter order. Government's motion for a protective order [43] is granted.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | IS |
|---|---|---|