*FELONY*

# 08 CR  398  (GT2)   FILED



**JUDGE KENNELLY**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

AUG 1 4 2008

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### MAGISTRATE JUDGE ASHMAN

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?

   **NO** ☐    **YES X**   If the answer is "Yes", list the case number and title of the earliest filed complaint: **08 CR 398 ,**
   US v. Beny Garneata, ET AL, ASHMAN

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?

   **NO X    YES** ☐    If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?                    **NO X    YES** ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?

   **NO X    YES** ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?          **NO X    YES** ☐

6) What level of offense is this indictment or information?                    **FELONY X    MISDEMEANOR** ☐

7) **Does this indictment or information involve eight or more defendants?**          **NO X    YES** ☐

8) Does this indictment or information include a conspiracy count?                    **NO** ☐    **YES X**

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide ............. (II) | ☐ Income Tax Fraud ........... (II) | ☐ DAPCA Controlled Substances .... (III) |
| ☐ Criminal Antitrust (II) | ☐ Postal Fraud ........... (II) | ☐ Miscellaneous General Offenses .... (IV) |
| ☐ Bank robbery ........... (II) | X Other Fraud ........... (III) | ☐ Immigration Laws ............. (IV) |
| ☐ Post Office Robbery ...... (II) | ☐ Auto Theft ........... (IV) | ☐ Liquor, Internal Revenue Laws ..... (IV) |
| ☐ Other Robbery ......... (II) | ☐ Transporting Forged Securities .. (III) | ☐ Food & Drug Laws ............. (IV) |
| ☐ Assault ............... (III) | ☐ Forgery ........... (III) | ☐ Motor Carrier Act ............. (IV) |
| ☐ Burglary .............. (IV) | ☐ Counterfeiting ........... (III) | ☐ Selective Service Act ........... (IV) |
| ☐ Larceny and Theft ....... (IV) | ☐ Sex Offenses ........... (II) | ☐ Obscene Mail ........... (III) |
| ☐ Postal Embezzlement ...... (IV) | ☐ DAPCA Marijuana ........... (III) | ☐ Other Federal Statutes ........... (III) |
| ☐ Other Embezzlement ..... (III) | ☐ DAPCA Narcotics ........... (III) | ☐ Transfer of Probation Jurisdiction .. (V) |

10) List the statute of each of the offenses charged in the indictment or information.
    18 U.S.C., § 371
    18, U.S.C. § 666(a)(1)(B)
    18, U.S.C. § 666(a)(2)

                                            _JS R_

                                            JULIET S. SORENSEN
                                            Assistant United States Attorney

(Revised 12/99)